UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    XAVIER RODRIGUEZ,    CHAPTER 13

Debtor    CASE NO.  17-16957

### DEBTOR'S, RESPONSE TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362

**AND NOW** comes Debtor, Xavier Rodriguez, by and through his counsel, Charles Laputka, Esq., and files the following Response to Movant's Motion for Relief From the Automatic Stay, and avers as follows:

1. Admitted.

2. Admitted.

3. Denied.  Paragraph 3 is a conclusion of law to which no response is required.  To the extent a response is required, same is denied and strict proof thereof is demanded at trial.

4. Admitted.

5. Admitted.

6. Denied.  Debtor intends on making his monthly mortgage payments and will have the funds to cure any arrears.

7. Denied.  Debtor intends on making his monthly mortgage payments and will have the funds to cure any arrears.  In addition, Debtor believes that the post-petition arrears quoted are inaccurate.

8. Denied.  Paragraph 8 is a conclusion of law to which no response is required.  To the extent a response is required, same is denied and strict proof thereof is demanded at trial.

9. Denied. Paragraph 9 is a conclusion of law to which no response is required. To the extent a response is required, same is denied and strict proof thereof is demanded at trial.

WHEREFORE, the Debtor respectfully requests this Honorable Court deny the present Motion for Relief and grant other further relief as deemed just and appropriate.

Date: 10/2/18     By: */s/ Charles Laputka*
Charles Laputka, Esquire
Attorney for Debtor
Atty. I.D. No: 91984
1344 W. Hamilton Street
Allentown PA 18102
(610) 477-0155

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:     XAVIER RODRIGUEZ, | CHAPTER 13 |
| Debtor | CASE NO.  17-16957 |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Response to Motion For Relief from the Automatic Stay was served upon the following individuals via ECF or first-class United States mail, postage prepaid, this 2nd day of October, 2018:

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Frederick L. Reigle, Esquire
2901 Saint Lawrence Avenue
Reading, PA 19606

Rebecca A. Solarz, Esquire
701 Market Street, Suite 5000
Philadelphia PA 19106

By: */s/ Charles Laputka*
Charles Laputka, Esquire
Attorney for Debtor
Atty. I.D. No: 91984
1344 W. Hamilton Street
Allentown PA 18102