United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16957-ref
Xavier Rodriguez                                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 1              Date Rcvd: Nov 06, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
db             +Xavier Rodriguez,    502 Ostrum Street,    Fountain Hill, PA 18015-1116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2018 at the address(es) listed below:
          CHARLES  LAPUTKA    on behalf of Debtor Xavier  Rodriguez claputka@laputkalaw.com,
          jen@laputkalaw.com;mary@laputkalaw.com;bkeil@laputkalaw.com
          KEVIN S. FRANKEL    on behalf of Creditor   Bayview Loan Servicing, LLC as servicer for The Bank
          of New York Mellon f/k/a The Bank of New York, as Trustee (CWALT 2005-46CB) pa-bk@logs.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
          bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
          AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-46CB MORTGAGE
          PASS-THROUGH CERTIFICATES, SERIES 2005-46CB bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Bayview Loan Servicing, LLC as servicer for The Bank
          of New York Mellon f/k/a The Bank of New York, as Trustee (CWALT 2005-46CB)
          bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
          AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALTS, INC. ALTERNATIVE LOAN TRUST 2005-46CB MORTGAGE
          PASS-THROUGH CERTIFICATES, SERIES 2005-46CB bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
          RRamos-Cardona@fredreiglech13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                    TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Xavier Rodriguez<br><br>          <u>Debtor</u> | CHAPTER 13 |
| Bayview Loan Servicing, LLC as servicer for<br>THE BANK OF NEW YORK MELLON FKA<br>THE BANK OF NEW YORK, AS TRUSTEE<br>FOR THE CERTIFICATEHOLDERS OF<br>CWALT, INC., ALTERNATIVE LOAN TRUST<br>2005-46CB, MORTGAGE PASS-THROUGH<br>CERTIFICATES, SERIES 2005-46CB | NO. 17-16957 REF<br><br>11 U.S.C. Section 362 |
|           <u>Movant</u><br>vs. | |
| Xavier Rodriguez<br><br>          <u>Debtor</u> | |
| William Miller Esq.<br><br>          <u>Trustee</u> | |

## <u>STIPULATION</u>

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.    The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$10,218.29,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | November 2017 to August 2018 at $805.58/month<br>September 2018 to October 2018 at $823.10/month |
| Suspense Balance; | $514.71 |
| Fees & Costs Relating to Motion: | $1,031.00 |
| **Total Post-Petition Arrears** | **$10,218.29** |

2.    The Debtor shall cure said arrearages in the following manner;

a). Beginning on November 1, 2018  and continuing through April 1, 2019, until the arrearages are cured, Debtor shall pay the present regular monthly payment of **$823.10** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$1,703.05 from November 2018 to March 2019 and $1,703.04 for April 2019** towards the arrearages on or before the last day of each month at the address below;

Bayview Loan Servicing, LLC
Attn: Cashiering Department
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146

b).       Maintenance of current monthly mortgage payments to the Movant

thereafter.

3.       Should debtor(s) provide sufficient proof of payments (front & back copies of

cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account

accordingly.

4.       In the event the payments under Section 2 above are not tendered pursuant to the

terms of this stipulation, the Movant shall notify Debtor and Debtor's attorney of the default in

writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice.  If

Debtor should fail to cure the default within fifteen (15) days, the Movant may file a Certification of

Default with the Court and the Court shall enter an Order granting the Movant relief from the

automatic stay.

5.       The stay provided by Bankruptcy Rule 4001(a)(3) is waived .

6.       If the case is converted to Chapter 7, the Movant shall file a Certification of Default

with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7.       If the instant bankruptcy is terminated by either dismissal or discharge, this

agreement shall be null and void, and is not binding upon the parties.

8.       The provisions of this stipulation do not constitute a waiver by the Movant of its

right to seek reimbursement of any amounts not included in this stipulation, including fees and costs,

due under the terms of the mortgage and applicable law.

9.       The parties agree that a facsimile signature shall be considered an original signature.


Date:    October 3, 2018                          By: /s/ Rebecca A. Solarz, Esquire
                                                      Attorney for Movant



Date: 10/30/18
                                                  _____
                                                  Charles Laputka, Esquire
                                                  Attorney for Debtor

Date:_____10/31/2018_____            ____/s/ Polly A. Langdon, Esquire for
                                        William C. Miller, Esquire
                                        Chapter 13 Trustee


Approved by the Court this _____ day of _____, 2018.  However, the court
retains discretion regarding entry of any further order.

## Date: November 5, 2018

                                        _____
                                        Bankruptcy Judge
                                        Richard E. Fehling