UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

XAVIER   RODRIGUEZ

                              : Bankruptcy No. 17-16957REF
             Debtor(s)        : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

         AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman,
standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a
master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been
previously filed); and it is further

         ORDERED, that any wage orders are hereby vacated.

                                   BY THE COURT

**Date: March 28, 2019**

                                   Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN PA 18102-

XAVIER   RODRIGUEZ
502 OSTRUM STREET
FOUNTAIN HILL, PA 18015-