United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16957-ref
Xavier Rodriguez                                                          Chapter 13
           Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 2              Date Rcvd: Mar 28, 2019
                              Form ID: pdf900          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2019.
```
db         +Xavier Rodriguez,    502 Ostrum Street,    Fountain Hill, PA 18015-1116
aty        +Charles Laputka,    1344 W. Hamilton Street,    Allentown, PA 18102-4329
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg        +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14185195   +Bayview Loan Servicing,    c/o Rebecca A. Solarz, Esq.,    701 Market Street, Ste 5000,
             Philadelphia, PA 19106-1541
13997698    Bayview Loan Servicing, LLC,    PO BOX 650091,    Dallas, TX 75265-0091
14016858   +Bayview Loan Servicing, LLC,    c/o Kevin S. Frankel, Esq.,    3600 Horizon Drive, Ste 150,
             King of Prussia, PA 19406-4702
13998695   +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13997700   +Financial Recoveries,    200 E Park Drive, Suite 100,    Mount Laurel, NJ 08054-1297
13997701   +Rosa Rodriguez,    502 Ostrum Street,    Bethlehem, PA 18015-1116
13997702  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Financial Services,     PO Box 5855,    Carol Stream, IL 60197)
14011306   +The Bank of New York Mellon,    c/o Janet Spears,    4375 Jutland Dr., Ste 200,
             San Diego, CA 92117-3600
14013618   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14196425   +Toyota Motor Credit Corporation,    c/o Rebecca A. Solarz, Esq.,    701 Market Street, Ste 5000,
             Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 29 2019 02:44:51
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 29 2019 02:45:12     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13997696   +E-mail/Text: bkrpt@retrievalmasters.com Mar 29 2019 02:45:05      AMCA,    2269 S Saw Mill Road,
             Elmsford, NY 10523-3832
13997697   +E-mail/Text: aleasure@autotrakk.com Mar 29 2019 02:45:28     AutoTrakk LLC,
             1500 Sycamore Road, Suite 200,    Montoursville, PA 17754-9416
13997699   +E-mail/Text: EBN_Greensburg@Receivemorermp.com Mar 29 2019 02:45:30
             Berks Credit & Collection,    900 Corporate Drive,    Reading, PA 19605-3340
14072492   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 29 2019 02:45:12
             THE BANK OF NEW YORK MELLON,    c/o Bayview Loan Servicing, LLC,
             4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables, FL 33146-1837
13997703   +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 29 2019 02:44:37
             Verizon,    500 Technology Drive, Suite 300,    Saint Charles, MO 63304-2225
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr          THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
                                                                                 TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                       Signature:  /s/Joseph Speetjens

```
District/off: 0313-4            User: Keith                  Page 2 of 2                  Date Rcvd: Mar 28, 2019
                                Form ID: pdf900              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2019 at the address(es) listed below:

```
          CHARLES   LAPUTKA    on behalf of Debtor Xavier  Rodriguez claputka@laputkalaw.com,
           jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-46CB MORTGAGE
           PASS-THROUGH CERTIFICATES, SERIES 2005-46CB bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The Bank
           of New York Mellon f/k/a The Bank of New York, as Trustee (CWALT 2005-46CB) pa-bk@logs.com
          REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-46CB MORTGAGE
           PASS-THROUGH CERTIFICATES, SERIES 2005-46CB bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The Bank
           of New York Mellon f/k/a The Bank of New York, as Trustee (CWALT 2005-46CB)
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALTS, INC. ALTERNATIVE LOAN TRUST 2005-46CB MORTGAGE
           PASS-THROUGH CERTIFICATES, SERIES 2005-46CB bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
           RRamos-Cardona@fredreiglech13.com
          ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT  WATERMAN RRamos-Cardona@fredreiglech13.com
          SCOTT   WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

XAVIER   RODRIGUEZ

                                                    : Bankruptcy No. 17-16957REF
            Debtor(s)                               : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

BY THE COURT

**Date: March 28, 2019**

Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN PA 18102-

XAVIER   RODRIGUEZ
502 OSTRUM STREET
FOUNTAIN HILL, PA 18015-